# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00220-DME-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. FRANCISCO EUGENIO CHAVEZ,
    a/k/a "PANCHO,"

    Defendant.

---

## ORDER FOR WRIT OF *HABEAS CORPUS AD PROSEQUENDUM*

---

    Upon petition of the United States and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Francisco Eugenio Chavez, Booking No. 10732311, YOB: 1980, now confined in the South Bay Detention Facility (SBDF) San Diego County, 500 3rd Ave., Chula Vista, CA 91910, before a United States Magistrate Judge forthwith, for proceedings and appearances upon the charges in the Indictment in the above-captioned case, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the Defendant's case, and thereafter to return the Defendant to the institution where he is now confined.

    SO ORDERED this __20th__ day of July, 2010.

                                          *s/ David M. Ebel*
                                          UNITED STATES CIRCUIT JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO