IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

Courtroom Deputy: Kathleen Finney                    Date: December 16, 2010
Court Reporter: Gwen Daniel

Criminal Action No. 10-cr-00220-DME

*Parties:*                                           *Counsel:*

UNITED STATES OF AMERICA,                            M.J. Menendez

     Plaintiff,

v.

3.  FRANCISCO EUGENIO CHAVEZ,                        David L. Miller

     Defendant.

_____

COURTROOM MINUTES
_____

Motion Hearing

**11:30 a.m.    Court in session.**

Defendant is present and in custody.

Court's comments regarding the pending motion.

No other counsel are present and no other parties are present in the courtroom today.

Statement to the Court by Mr. Miller.

Statement to the Court by Ms. Menendez.

  **ORDERED:**   Ms. Menendez shall file with the Court by 3:00 p.m. today,  a listing of the case numbers of companion cases in conflict with this case.

  **ORDERED**:   Defendant Francisco Eugenio Chavez's Motion to Withdraw as Attorney of Record and for Appointment of Counsel [Doc. 321, filed 12/13/2010] is

> **GRANTED**, effective as of the time new counsel is appointed.

**ORDERED:**  Replacement counsel will be selected according to the Court's normal practices and pursuant to the regular procedures of the Court. Counsel appointment will be submitted for confirmation.

**ORDERED**:  Defendant is remanded to the custody of the U. S. Marshal.

**11:42 a.m.    Court in recess.**

Hearing concluded.
Time: 00:12