


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.  10-cr-00220-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **MIGUEL ANGEL VELASQUEZ, also known as "OUTLAW,"**
2. RAUL ESCAMILLA-ARREGUIN,
3. **FRANCISCO EUGENIO CHAVEZ, also known as "PANCHO,"**
4. ALFREDO ESCAMILLA-ARREGUIN,
5. **FRANCISCO VALENCIA-ARIAS, also known as "KIKI,"**
6. **TOMI JOEL VELASQUEZ, also known as "SEPEDA,"**
7. **JESSICA REHLING,**
8. GREGORY TRAMMELL,
9. **FLAVIO VILLALVA,**
10. VERONICA GRANADOS, also known as "VERO,"
11. TRAVIS BOB,
12. JANA STRIBLING,
13. **SOFIA MARTINEZ,**

       Defendants.

---

## ORDER

---

THIS MATTER is scheduled for a Status Conference on **Friday, January 14, 2011, at 2:00 p.m.**  The conference is on the docket of Judge David M. Ebel, to occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.

If an attorney is not available to attend at this time, he or she shall make reasonable efforts to find an associate attorney to cover for them.

Defendants who have already into a disposition of the charges against them are excused from this conference.

Dated this   13th   day of   January  , 2011.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE