**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3.  FRANCISCO EUGENIO CHAVEZ,

       Defendant.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

       The Sentencing Hearing for Defendant Francisco Eugenio Chavez is scheduled for August 30, 2011, at 11:00 a.m.

       DATED:  June 24, 2011