IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

Courtroom Deputy: LaDonne Bush                    Date: August 30, 2011
Court Reporter: Gwen Daniel
Probation Officer: Justine Kozak

Criminal Action No. 10-cr-00220-DME-3

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,                         Kasandra Carleton
                                                  MJ Menendez
         Plaintiff,

v.

3.  FRANCISCO CHAVEZ,                             Derrek Andrew Samuelson

         Defendant.

---

COURTROOM MINUTES - SENTENCING

---

11:09 a.m.     Court in session.

Defendant present in custody.

At the change of plea hearing on March 22, 2011, Defendant plead guilty to Count Twenty-Four of the Indictment.

Defendant sworn.

**ORDERED**:  Government's Motion to Dismiss Count 25 (Doc. 534) is granted.

Parties received and reviewed the presentence report and addenda.

Court resolves factual disagreements concerning the presentence report.

**ORDERED**:  Government's Motion for Reduction in Base Offense Level Pursuant to

1

U.S.S.G. §3E1.1(b)(Doc. 533) is granted.

Argument by Ms. Carleton and Mr. Samuelson regarding the criminal history category.

Court grants the request that Defendant's criminal history category be restated to Category II.

Argument regarding Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1.

**ORDERED**:   Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc. 532) is granted.

Discussion between the Court and counsel regarding a concurrent sentence.  Court will not order a concurrent sentence.

Offer of proof by Mr. Samuelson regarding the testimony of Jose Chavez.  Government and the Court accept the offer of proof.

Statements by Mr. Samuelson, Defendant and Ms. Carleton regarding diminished mental capacity.

**ORDERED**:   Motion for Non-Guideline Sentence or Variance (Doc. 625) is denied on the diminished mental capacity argument.

Sentencing statements by Mr. Samuelson, Defendant and Ms. Carlton.

Comments and rulings by the Court.

**ORDERED**:

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count Twenty-Four of the Indictment to a term of imprisonment of 84 months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, Defendant shall be placed on supervised release for a term of five years.

**Conditions of supervised release:**
   (X)   Defendant shall not commit another federal, state or local crime.

      (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
      (X)    Defendant shall not unlawfully use or possess a controlled substance. Defendant shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
      (X)    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
      (X)    Defendant shall participate in a program of testing and/or treatment for substance abuse as approved by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol and other intoxicants during the course of treatment. Defendant shall pay the cost of treatment as directed by the probation officer.
      (X)    Defendant shall participate in and successfully complete a program of mental health treatment as approved by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer. The probation officer is authorized to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00 which is due and payable immediately.

**FINE:**
No fine is imposed because Defendant has no ability to pay a fine.

**RESTITUTION**:
No community restitution is ordered because Defendant has no ability to pay restitution.

Defendant is advised of the right to appeal.

**ORDERED**: The probation officer shall prepare the judgment. A complete copy of the presentence report and addendum shall be prepared for the Bureau of Prisons and the United States Sentencing Commission.

Court confirms that counsel have copies of the presentence report and addendum. Any other copies shall remain confidential according to the practice of the Court. If an appeal is taken, counsel on appeal will be permitted access to the presentence report and addendum.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

Court recommends to the Bureau of Prisons that Defendant participate in all available drug and alcohol programs.

**ORDERED**:  At the request of counsel, the presentence report and addenda may be provided to Defendant's attorney and the prosecuting attorney in Defendant's case in California.

12:46 a.m.    Court in recess.

Hearing concluded.
Time: 97 minutes