AO 247 (Rev. D/CO 03/15) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| FRANCISCO EUGENIO CHAVEZ | ) | Case No: 10-cr-00220-DME-03 |
| a/k/a Pancho | ) | USM No: 37102-013 |
| Date of Previous Judgment: April 9, 2015 | ) | Virginia L. Grady, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**
*(Changes Identified with Asterisks (*))*

Upon motion of **X** the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    84 months*    **is reduced to**    67 months    .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level:    31            Amended Offense Level:    29
Criminal History Category:    III        Criminal History Category:    III
Previous Guideline Range:  135 to 168 months    Amended Guideline Range:  108 to 135 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated    August 31, 2011    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    April 13, 2015                    *s/ David M. Ebel*
                                                        *Judge's signature*

Effective Date:  November 1, 2015              David M. Ebel, Senior U.S. Circuit Judge
         *(if different from order date)*                    *Printed name and title*